UNITED STATES of America

v.

**Robin Lee PEARSON, Defendant.**

**No. CR 93–223–1–JO.**
**Civ. No. 94–1501–JO.**

United States District Court,
D. Oregon.

Dec. 21, 1994.

Kristine Olson Rogers, U.S. Atty., D. Or. and Robert G. Thomson, Asst. U.S. Atty., Portland, OR, for the U.S.

Paul M. Ferder, Ferder, Ogdahl, Brandt & Casebeer, Salem, OR, for defendant.

*OPINION AND ORDER*

ROBERT E. JONES, District Judge:

The court has received defendant's motion to vacate the sentence with supporting memorandum.

The defendant's motion is denied. This court has recently ruled that a state forfeiture that precedes a criminal prosecution does not constitute double jeopardy barring the federal criminal prosecution (see attached opinions in *United States v. Martin Hobart Stanwood,* 872 F.Supp. 791 (D.Or. 1994); and *United States v. Ronald Lynn Branum,* 872 F.Supp. 801 (D.Or.1994)).

The defendant presents no special circumstances that would bring her under an exception to the dual sovereignty rule.